# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gene Kellog and Eda Kellogg, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Daniel J. Smith, an individual, ) | |
| DDA, Inc., an Indiana corporation, ) | |
| Brenda McGinley, an individual, ) | |
| International Investigators Inc, an Indiana ) | |
| corporation, C. Tim Wilcox, an individual, ) | |
| and Recon Avionics, Corporation, an ) | |
| Indiana corporation, ) | |
| ) | Case No. 1:16-cv-016 |
| Defendants. ) | |

The court shall conduct a status conference by telephone with the parties on August 15, 2016, at 3:00 p.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2016.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court