# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gene Kellogg and Edna Kellogg, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Daniel J. Smith, an individual, et. al., | ) Case No. 1:16-cv-016 |
| Defendants. | ) |

On September 1, 2016, plaintiffs filed motions to compel discovery to amend the complaint. Pursuant to a request from plaintiffs, defendants Daniel J. Smith and DDA, Inc. shall have until October 7, 2017, to file responses to plaintiffs' motion. Thereafter, plaintiff will have 7 days to file replies.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court