# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gene Kellogg and Eda Kellogg, | ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER RE MOTION TO COMPEL DISCOVERY** |
| Daniel J. Smith, and individual, DDA Inc., an Indiana corporation, Brenda McGinley, an individual, International Investigators Inc., an Indiana corporation, C. Tim Wilcox, an individual, and Recon Avionics, Corporation, an Indiana Corporation, | ) Case No. 1:16-cv-016 |
| Defendants. | ) |

Before the court is a motion to compel discovery filed by plaintiffs. The court was advised yesterday that plaintiffs have settled with the parties from whom the disputed discovery is sought. For that reason, the motion (Doc. No. 34) will be **DENIED** on the grounds that it is now moot.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court