# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gene Kellogg and Eda Kellogg, | ) | |
| | ) | |
| Plaintiff, | ) | **MINUTES** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel J. Smith, an individual, et. al., | ) | Case No. 1:16-cv-016 |
| | ) | |
| Defendants. | ) | |

The court held a status conference with plaintiff's counsel and defendant Daniel S. Smith by telephone on October 27, 2017. Pursuant to the court's discussion with the parties, the final pretrial conference scheduled for November 1, 2017, and the trial scheduled to commence on November 13, 2017, are canceled. They shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court