# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gene and Eda Kellogg, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Daniel J. Smith, et. al., ) <br> ) <br> Defendants. ) | **ORDER** <br><br> Case No. 1:16-cr-016 |

The final pretrial conference scheduled for September 18, 2018, and trial set for October 1, 2018, are cancelled with the understanding that they shall be rescheduled at a later date.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2018.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court